UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>SANTINO RAMON PENNIE,<br>    Defendant. | CRIMINAL NO. 5:21-79-KKC-MAS<br><br><br>**OPINION AND ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a motion (DE 124) by defendant Santino Ramon Pennie requesting a sentence reduction under Amendment 821 to the Sentencing Guidelines. The Court has reviewed the defendant's record to determine if he is eligible for relief under Amendment 821.

"The right to appointed counsel extends to the first appeal of right, and no further." *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987). The Court entered judgment against the defendant on January 18, 2023. The defendant has no matters pending with the Court other than this request for counsel. Accordingly, the Court must deny the defendant's request to appoint counsel. (DE 130.)

The defendant also moves for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines. The Court has reviewed the defendant's record to determine if the defendant would be eligible for relief under Amendment 821. The amendment alters the application of the Guidelines with respect to certain offenders who (a) earned criminal history "status points" based on commission of an offense while serving a criminal justice sentence (Part A of Amendment 821), or (b) presented zero criminal history points at the time of sentencing (Part

B, Subpart 1). In addition, the United States Sentencing Commission voted to give retroactive effect to these two changes.

The Court applied status points against the defendant at the time of sentencing, however, the defendant was designated as a "Career Offender." Therefore, his criminal history category remains the same. Accordingly, the defendant would not be entitled to any relief under the amendment.

For all these reasons, the Court hereby ORDERS that Pennie's request (DE 124) for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines is DENIED. Additionally, Pennie's motion to appoint counsel (DE 130) is DENIED.

This 26th day of August, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY